# Exhibit A

| Transferee/Creditor | Transferor/Debtor | Date of Transfer | Amount of Transfer | Reason for Payment or Transfer/ Relationship to Debtor |
|---|---|---|---|---|
| Novus Media, Inc. Mail Code 11137, P.O. Box 70280, Philadelphia, PA 19176-0280 | Christmas Tree Shops LLC | 3/10/2023 | $50,000.00 | Services |
| Novus Media, Inc. Mail Code 11137, P.O. Box 70280, Philadelphia, PA 19176-0280 | Christmas Tree Shops LLC | 3/20/2023 | $50,000.00 | Services |
| **Total** | | | **$100,000.00** | |