# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Christmas Tree Shops, LLC
Debtor

Bankruptcy Case No.: 23−10576−TMH

Bankruptcy Chapter: 7

George L. Miller

Plaintiff

ADVERSARY No. 25−50848−TMH

vs.

Novus Media LLC

Defendant

**ORDER**

**AND NOW**, the Plaintiff having commenced this adversary proceeding on 5/5/25 ;

**And** the main case docket reflecting that the main bankruptcy case has been dismissed and/or the adversary docket reflecting that this matter may have been resolved or otherwise reflects an extended period of inactivity, it is hereby

**ORDERED** that the Plaintiff shall take the appropriate action (which may include requesting a status hearing) or file the appropriate motion to prosecute this proceeding within 30 days of the date of this Order. Upon failure to prosecute this proceeding, this adversary proceeding **may be DISMISSED** without further notice or opportunity for a hearing.

Thomas M. Horan

Thomas M Horan
Bankruptcy Judge

Date: 9/22/26
(VAN−437)