**Exhibit A**

**Form of Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CHRISTMAS TREE SHOPS, LLC, *et al.*,[2]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10576 (TMH)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of CHRISTMAS TREE SHOPS, LLC *et al.*,<br><br>Plaintiff,<br><br>vs.<br><br>NOVUS MEDIA INC.,<br><br>Defendant. | Adv. Proc. No. 25-50848 (TMH) |

**STIPULATION TO TOLL DISCOVERY**
**UNTIL AFTER THE CONCLUSION OF MEDIATION**

Plaintiff, George L. Miller, in his capacity as chapter 7 Trustee for the jointly administered bankruptcy estates of the above-captioned debtors, and Defendant, Novus Media

[2] The Debtors in these chapter 7 cases and the last four digits of each Debtor's U.S. tax identification number are as follows: Christmas Tree Shops, LLC (1207), Handil, LLC (1150), Handil Holdings, LLC (2891), Salkovitz Family Trust 2, LLC (8773), and Nantucket Distributing Co., LLC (1640).

Inc., hereby agree and stipulate that, in accordance with the scheduling order dated ____________, 2026, discovery shall be tolled until after the conclusion of mediation.

Dated: ____________, 2026

**[FIRM]**

By: ____________________________
[Attorney]
[Address]
[City, State, Zip]
Tel: ___________
Fax: ___________
Email: ___________
Counsel to Defendant

**PACHULSKI STANG ZIEHL & JONES LLP**

By: ____________________________
Bradford J. Sandler (DE Bar No. 4142)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

Counsel to Plaintiff George L. Miller, Chapter 7 Trustee